IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NA'EEM BETZ | : | |
| | : | |
| **Plaintiff, Pro Se** | : | |
| | : | |
| v. | : | Civil Case No. 1:20-cv-02483-CKK |
| | : | |
| | : | |
| PRESS GANEY ASSOCIATES, LLC. | : | |
| | : | |
| **Defendant, Respondent** | : | |

## NOTICE OF SETTLEMENT

Plaintiff Na'eem Betz, (*Pro Se)*, who hereby notifies the U.S. District Court for The District of Columbia that a settlement on all claims has been reached between the Defendant Press Ganey Associates LLC., *et* al., by and through its undersigned counsel, Ms. Laura N. Steel. Plaintiff and Defendant are in the process of finalizing and executing the terms and conditions of the release and settlement agreement documents. Plaintiff request that the court retain jurisdiction over this case until the release and settlement agreement has been fully executed and closed once all the terms and conditions are met. Upon full execution of the same, Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ *Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

NAEEM BETZ
P.O. BOX 15714
WASHINGTON, D.C. 20003-9998

Date: October 27th, 2020

**CERTIFICATE OF SERVICE UNDER FED. R. CIV. P. 5. (d)(1) and LCvR 5.4 (d)(1), (2)**

**I HEREBY CERTIFY** on the 27th of October 2020, I filed the foregoing with the Clerk for U.S. District Court's for the District of Columbia. The CM/ECF system which will automatically send electronic mail notification of such filing. The CM/ECF registered participants as identified on the Electronic Mail Notice List are Ms. Laura N. Steel. Esq. Plaintiff will email / mail a copy to Defendant Press Ganey Associates LLC., *et* al, by and through its undersigned counsel, Ms. Laura N. Steel.

    LAURA N. STEEL, ESQUIRE
    (D.C. BAR #367174)
    1500 K STREET, N.W., SUITE 330
    WASHINGTON, D.C 20005
    TEL. (202) 626-7660
    FAX (202) 628-3606
    Laura.Steel@Wilsonlser.com
    *Counsel for Defendants*
    *Lead Attorney to be noticed for Defendant*

    */s/ Na'eem Betz*
    NA'EEM BETZ
    4244 Hildreth St. SE
    Washington, D.C. 20019-9998
    nobetzo@gmail.com

    *Plaintiff / Pro Se*

    *NAEEM BETZ*
    *P.O. BOX 15714*
    *WASHINGTON, D.C. 20003-9998*

2