UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NA'EEM BETZ Plaintiff, v. PRESS GANEY ASSOCIATES LLC Defendant. | ) ) ) ) ) Civil Action No. 1:20-cv-02483-CCK ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff Na'eem Betz (appearing *pro se*) and Defendant Press Ganey LLC (through counsel), hereby file this Stipulation Of Dismissal With Prejudice and request that the Court dismiss, with prejudice, the above-captioned action. This Stipulation of Dismissal is signed by all of the parties who have appeared in the action.

The Clerk shall please note this case as closed and as DISMISSED WITH PREJUDICE as to all claims, potential claims and parties.  Each party shall bear his/its own respective fees, costs and expenses (including attorneys' fees).

 Respectfully submitted,


 /s/ *Na'eem Betz (with permission)*_____
 NA'EEM BETZ
 4244 Hildreth Street S.E.
 Washington, D.C. 20019-9998
 nobetzo@gmail.com
 *Plaintiff / Pro Se*


 and

1

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Laura N. Steel*
    Laura N. Steel, Esquire (D.C. Bar #367174)
    1500 K Street, N.W., Suite 330
    Washington, D.C. 20005
    Tel. (202) 626-7660
    Fax (202) 628-3606
    Laura.Steel@wilsonelser.com
    *Counsel for Defendant Press Ganey Associates LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2020, the foregoing Stipulation of Dismissal With Prejudice was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served by electronic mail (with consent) to:

>Na'eem Betz
>4244 Hildreth Street, S.E.
>Washington, D.C. 20019
>nobetzo@gmail.com
>*Plaintiff appearing pro se*

>>>*/s/ Laura N. Steel*
>>>Laura N. Steel

1132312v.1