# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NA'EEM BETZ,<br>    Plaintiff,<br>v.<br>PRESS GANEY ASSOCIATES LLC,<br>    Defendant. | Civil Action No. 20-2483 (CKK) |

## ORDER
(November 5, 2020)

In light of the parties' [14] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 5th day of November, 2020, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

The Clerk of Court shall mail a copy of this Order to Plaintiff at his address of record.

**SO ORDERED.**

Dated: November 5, 2020

                                              /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge